[No. 7972-7-I. Division One. February 17, 1981.]

PAUL STEPHANUS, *Appellant*, v. COLLEEN WILLHITE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 863277, James J. Dore, J., entered September 7, 1979. *Reversed* by unpublished per curiam opinion.

[No. 8188-8-I. Division One. February 17, 1981.]

ALBERT M. MARK, *Appellant*, v. GERALD ROBINSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 856263, James A. Noe, J., entered November 26, 1979. *Affirmed* by unpublished per curiam opinion.

[No. 8128-4-I. Division One. February 17, 1981.]

WILLIAM L. MASSEY, ET AL, *Appellants*, v. THE CITY OF SEDRO WOOLLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 38722, Harry A. Follman, J., entered October 12, 1979. *Reversed* and *remanded* by unpublished opinion per James, C.J., concurred in by Callow and Ringold, JJ.